CLOSED

# U.S. District Court
# Western District of Louisiana (Shreveport)
# CRIMINAL DOCKET FOR CASE #: <u>5:20−mj−00006−MLH</u> All Defendants

| | |
|---|---|
| Case title: USA v. Killinger<br>Other court case number: 4:19−cr−00160 Eastern District of Texas | Date Filed: 01/15/2020<br>Date Terminated: 01/15/2020 |

Assigned to: Magistrate Judge Mark L Hornsby

**Defendant (1)**

| | | |
|---|---|---|
| **Chad Killinger**<br>*TERMINATED: 01/15/2020* | represented by | **Ashley Renee Martin**<br>Federal Public Defenders Office (SHV)<br>300 Fannin St Ste 2199<br>Shreveport, LA 71101<br>318−676−3310<br>Fax: 318−676−3313<br>Email: ashley_martin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Charges originating in ED/TX −<br>21:846 Conspiracy to Possess with the Intent to Manufacture and Distribute Gamma Hydroxybutrate (Ghb), Conspiracy to Possess with | |

the Intent to Manufacture and Distribute Methamphetamine, 18:1956 – Conspiracy to Commit Money Laundering

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John Aaron Crawford** <br> U S Attorneys Office (SHV) <br> 300 Fannin St Ste 3201 <br> Shreveport, LA 71101–3068 <br> 318–676–3600 <br> Fax: 318–676–3641 <br> Email: john.crawford2@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2020 | | | ARREST (Rule 5(c)(2)) of Chad Killinger (1) (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 1 | | RULE 40 or 5(c)(3) Charging Documents Received from Eastern District of Texas, their Case Number 4:19−cr−00160, as to Chad Killinger (1). (crt,Reeves, T) (Additional attachment(s) added on 1/16/2020: # 1 Indictment, # 2 Arrest Warrant) (Reeves, T). (Entered: 01/16/2020) |
| 01/15/2020 | 2 | | ORAL MOTION to Appoint Counsel by Chad Killinger (1). (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 3 | | ORAL MOTION for Ashley Renee Martin to Enroll as Appointed Counsel by Chad Killinger (1). (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 4 | | ORAL MOTION for Temporary Detention by USA as to Chad Killinger (1). (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 5 | | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Chad Killinger (1) held on 1/15/2020. ORAL ORDERS granting 2 Motion to Appoint Counsel and 3 Motion to Enroll Ashley Renee Martin as Appointed Counsel as to Chad Killinger (1). ORAL ORDER granting 4 Motion for Temporary Detention as to Chad Killinger (1). The defendant waived his right to a detention hearing in this district and requested to have all further proceedings conducted in the charging district. Defendant is remanded into the custody of the U S Marshal pending a detention hearing in the Eastern District of Texas, Sherman Division. (Court Reporter: LCR, Shreveport−Courtroom 3) (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 6 | | WAIVER of Rule 5 & 5.1 Hearings by Chad Killinger (1) (crt,Reeves, T) (Entered: 01/16/2020) |
| 01/15/2020 | 7 | | COMMITMENT TO ANOTHER DISTRICT as to Chad Killinger (1). Defendant committed to Eastern District of Texas. Signed by Magistrate Judge |

| | | | Mark L Hornsby on 1/15/2020. (crt,Reeves, T) (Entered: 01/16/2020) |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**                      CASE NO.  5:20-MJ-00006-01

**VERSUS**                                                              MAGISTRATE JUDGE HORNSBY

**CHAD KILLINGER**

### MINUTES OF COURT:
### Initial Appearance

| Date: | 1/15/20 | Presiding: | Magistrate Judge Mark L. Hornsby |
| --- | --- | --- | --- |
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:10 | Courtroom: | CR3 |

### APPEARANCES

| John Aaron Crawford | For | United States of America |
| --- | --- | --- |
| Ashley Renee Martin  (AFPD) | For | Chad Killinger, Defendant |
| Chad Killinger, Defendant | | |

### PROCEEDINGS

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**INITIAL APPEARANCE on Criminal Complaint:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel.  The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court granted Ashley Renee Martin's oral motion to enroll as appointed counsel through the Office of the Federal Public Defender for the defendant.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing.  The defendant waived his right to a detention hearing in this district and requested to

have all further proceedings conducted in the charging district. Accordingly, the defendant is remanded into the custody of the U.S. Marshal pending a detention hearing in the Eastern District of Texas. A Commitment to Another District Order was filed herewith. Copies of the proceedings in the Western District of Louisiana have been transmitted to the Eastern District of Texas, Sherman Division.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

RECEIVED
JAN 15 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:20-mj-00006-01 |
| Chad Killinger | ) | |
| | ) | Charging District's Case No. 4:19-cr-00160-SDJ-KPJ |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
Eastern District of Texas - Sherman Division _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 01/15/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ashley R. Martin
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

**RECEIVED** JAN 15 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Chad Killinger | ) | Case No. 5:20-mj-00006-01 |
| | ) | |
| _____ | ) | Charging District's |
| Defendant | ) | Case No. 4:19-cr-00160-SDJ-KPJ |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Texas___,
*(if applicable)* ___Sherman___ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___01/15/2020___

_____
*Judge's signature*

___Mark L. Hornsby, United States Magistrate Judge___
*Printed name and title*