# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-cr-00160-SDJ-BD** |
| | § | |
| **CHAD KILLINGER (8)** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 689 (sealed).

### PROCEDURAL HISTORY

On December 29, 2021, United States District Judge Sean D. Jordan sentenced defendant Chad Killinger to 46 months of imprisonment followed by three years of supervised release. Dkt. 360. Killinger's term of supervised release commenced on May 1, 2023. Dkt. 689 (sealed).

In February 2026, a probation officer petitioned the court for a warrant, alleging that Killinger had violated multiple conditions of his supervised release. *Id.* Specifically, the petition alleged that Killinger had violated conditions that required him not to commit another federal, state, or local crime; unlawfully possess a controlled substance; or communicate or interact with someone known to engage in criminal activity. *Id.* In support of those allegations, the petition asserted that, in 2023, Killinger committed an offense in the company of another convicted felon. *Id.*

A final revocation hearing was held before me on March 19, 2026. The government moved to dismiss allegations one, two, and three. Minute Entry for Mar. 19, 2026. Killinger pleaded true to allegation four. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 700. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations one, two, and three in the petition for revocation of Killinger's supervised release, Dkt. 689 (sealed), be dismissed; (2) Killinger's supervised release be revoked based on allegation four in that petition, *id.*; (3) Killinger be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow; and (4) Killinger be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

So **ORDERED** and **SIGNED** this 2nd day of April, 2026.

_____
Bill Davis
United States Magistrate Judge