THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA § 
§
v. § CRIMINAL NO. 4:19-cr-00160-SDJ-BD
§
CHAD KILLINGER (8) §
§
§

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 2, 2026, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #701) that Defendant's supervised release be revoked.

Having received the Report of the United States Magistrate Judge (Dkt. #701) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #700), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations one, two, and three are dismissed; Defendant's supervised release is revoked based on allegation four; Defendant is sentenced to a term of sixteen months of imprisonment, to run consecutively to any other term of imprisonment, with no term of supervised release to follow; and the Court hereby recommends Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

1

**So ORDERED and SIGNED this 15th day of May, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE